IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| THE PET STOP PROFESSIONAL PET SITTING SERVICE, LLC, an Oregon limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07-90-ST |
| vs. | ) ) ) | ORDER |
| THE PROFESSIONAL PET-SITTING SERVICE, INC., an Oregon corporation, THOMAS GENNARELLI, an individual, and KIMBERLEE GENNARELLI, an individual, | ) ) ) ) ) ) | |
| Defendants. | ) | |

Christopher W. Brown
Leonard D. DuBoff
The DuBoff Law Group, LLC
6665 SW Hampton St, Suite 200
Portland, Oregon  97223-8357

    Attorneys for Plaintiff

Page 1 - ORDER

Renee E. Rothauge
Bullivant Houser Bailey, P.C.
300 Pioneer Tower
888 S.W. Fifth Avenue
Portland, Oregon  97204

Robert A. Swider
621 SW Morrison St.
1410 American Bank Building
Portland, Oregon  97205

    Attorneys for Defendants

KING, Judge:

The Honorable Janice Stewart, United States Magistrate Judge, filed Findings and Recommendation on June 5, 2007.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); see also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#22).

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (#11) is DENIED.

Dated this    26    day of June, 2007.

                                                /s/ Garr M. King
                                                Garr M. King
                                                United States District Judge