IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| THE PET STOP PROFESSIONAL PET SITTING SERVICE, LLC, an Oregon corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Case No. 07-90-ST |
| vs. | ) ) | ORDER |
| THE PROFESSIONAL PET-SITTING SERVICE, INC., an Oregon corporation; THOMAS GENNARELLI, an individual; and KIMBERLEE GENNARELLI, an individual, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Leonard D. Duboff
Christopher W. Brown
The Duboff Law Group LLC
655 SW Hampton, Suite 200
Portland, Oregon   97223-8357

Attorneys for Plaintiff

Page 1 - ORDER

Robert A. Swider
Robert A. Swider, Attorney at Law
621 S.W. Morrison Street
1410 American Bank Building
Portland, Oregon   97205

      Attorney for Defendants

KING, Judge:

The Honorable Janice M. Stewart, United States Magistrate Judge, filed Findings and Recommendation on May 1, 2008.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#94). IT IS HEREBY ORDERED that Pet Stop's Motion for Summary Judgment on its First Claim for trademark infringement (#42) is GRANTED with respect to the distinctiveness of its trademarks, but is otherwise DENIED; Defendants' Motion for Summary Judgment (#39) is GRANTED with respect to Pet Stop's Second Claim for trade dress infringement, but otherwise DENIED; and summary judgment is GRANTED in favor of Pet Stop *sua sponte* on defendants' counterclaims for breach of contract and anticipatory repudiation.

Dated this     22nd        day of May, 2008.

                                                          /s/ Garr M. King
                                                        Garr M. King
                                                        United States District Judge